UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-767-CR-UNGARO
CASE NO. 00-667-CR-UNGARO

UNITED STATES OF AMERICA

v.

RAMON ANDRES SANCHEZ,

    Defendant.
_____/

ORDER AFFIRMING MAGISTRATE REPORT

THIS CAUSE is before the Court on the Government's Petition for Revocation of Supervised Release.

THE COURT has considered the petition and the pertinent portions of the record and is otherwise fully advised of the premises.

This matter was referred to Magistrate Judge Edwin G. Torres, who conducted an evidentiary hearing and on July 11, 2013, issued a report recommending that the petition be denied. The parties were afforded an opportunity to file objections; no objections were filed. Accordingly, upon *de novo* review, it is

ORDERED AND ADJUDGED that the Report of the Magistrate Judge (D.E. 85 in Case No. 99-767; D.E. 36 in Case No. 00-667) is RATIFIED, ADOPTED, and AFFIRMED: The petition is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of July, 2013.

                                                  _____
                                                URSULA UNGARO
                                                UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record